UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA DITTMORE for D.N.M.R., a minor, | Case No. C18-5121-JPD |
| Plaintiff, | SHOW CAUSE ORDER |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations, | |
| Defendant. | |

This matter comes before the Court *sua sponte* upon plaintiff's failure to file an opening brief, which was due May 21, 2018, but has not been filed to date. *See* Dkt. 7. The Court therefore ORDERS plaintiff to SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall file her response with the Court by **no later than Wednesday, May 30, 2018.** The Clerk is directed to send a copy of this order to all parties.

**Failure to respond to this order will result in dismissal of this complaint.**

DATED this 22nd day of May, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SHOW CAUSE ORDER
PAGE - 1